# EXHIBIT A

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-340-732

**Effective Date of Registration:**
April 03, 2023
**Registration Decision Date:**
April 04, 2023

## Title
_____

|  |  |
|---|---|
| **Title of Work:** | Catsune |

## Completion/Publication
_____

|  |  |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | May 04, 2019 |
| **Nation of 1st Publication:** | Philippines |

## Author
_____

|  |  |
|---|---|
| • **Author:** | Vincent Trinidad |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Domiciled in:** | Philippines |

## Copyright Claimant
_____

|  |  |
|---|---|
| **Copyright Claimant:** | Vincent Trinidad |
|  | Blk 6 Lot 22 Napoli St, Trevi Executive Village, Concepcion Uno, Marikina City, Philippines |

## Certification
_____

|  |  |
|---|---|
| **Name:** | Jeffrey Yee |
| **Date:** | April 03, 2023 |

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-340-733

**Effective Date of Registration:**
April 03, 2023
**Registration Decision Date:**
April 04, 2023

---

## Title
           **Title of Work:** Neko Shogun

## Completion/Publication
           **Year of Completion:** 2020
     **Date of 1st Publication:** November 24, 2020
   **Nation of 1st Publication:** Philippines

## Author
                  • **Author:** Vincent Trinidad
           **Author Created:** 2-D artwork
     **Work made for hire:** No
           **Domiciled in:** Philippines

## Copyright Claimant
        **Copyright Claimant:** Vincent Trinidad
                          Blk 6 Lot 22 Napoli St, Trevi Executive Village, Concepcion Uno, Marikina City, Philippines

## Certification
           **Name:** Jeffrey Yee
            **Date:** April 03, 2023

---

     **Correspondence:** Yes
 **Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-340-734

**Effective Date of Registration:**
April 03, 2023
**Registration Decision Date:**
April 04, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Catana |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | March 01, 2020 |
| **Nation of 1st Publication:** | Philippines |

## Author

| | |
|---|---|
| **Author:** | Vincent Trinidad |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Domiciled in:** | Philippines |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Vincent Trinidad |
| | Blk 6 Lot 22 Napoli St, Trevi Executive Village, Concepcion Uno, Marikina City, Philippines |

## Certification

| | |
|---|---|
| **Name:** | Jeffrey Yee |
| **Date:** | April 03, 2023 |

---

| | |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |