# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VINCENT TRINIDAD,**<br><br>      Plaintiff,<br> v.<br><br>**WHALECO, INC. ET AL.,**<br><br>      Defendants. | **Case No. 23-cv-4786**<br><br>**Hon. LaShonda Hunt** |

## UNOPPOSED MOTION OF DEFENDANTS PDD HOLDINGS, INC. AND WHALECO, INC. TO EXTEND TIME WITHIN WHICH TO RESPOND TO COMPLAINT

  Defendants Whaleco, Inc. and PDD Holdings Inc. (collectively, "Defendants"), move to extend, by thirty (30) days, the deadline within which to respond to the Complaint of Plaintiff Vincent Trinidad ("Trinidad"). In support of their motion, Defendants state:

  1. Defendants request an additional thirty days to properly respond to Trinidad's Complaint. Trinidad filed his Complaint on July 24, 2023, and served Defendant Whaleco, Inc. on July 27, 2023 and Defendant PDD Holdings, Inc. on August 3, 2023. Based on the later service date of August 3, 2023, a thirty-day extension would extend the responsive pleading deadline to September 25, 2023.

  2. Defendants have good cause for this extension. A proper defense against the Complaint's three causes of action under federal and state law requires additional time. This is Defendants' first request for an extension to respond to the Complaint and the additional time Defendants seek is not intended to unreasonably delay the matter or harass Trinidad, nor will any party be prejudiced by the delay.

  3. Counsel for Defendants and Trinidad have conferred regarding this extension, and Trinidad has no objection to Defendants' requested extension.

WHEREFORE, Defendants respectfully request that this Court grant their unopposed motion to extend the deadline for filing a response, with a new date of September 25, 2023.

Dated: August 16, 2023

Respectfully Submitted,

**WHALECO, INC. and PDD HOLDINGS, INC.**

By: /s/ Steven P. Mandell]
    One of its attorneys

Steven P. Mandell (#6183729)
Brian D. Saucier (#6226006)
MANDELL MENKES LLC
333 W. Wacker Dr., Suite 450
Chicago, Illinois 60606
Telephone: (312) 251-1000
smandell@mandellmenkes.com
bsaucier@mandellmenkes.com

Victor H. Jih (*pro hac vice* forthcoming)
Lisa Zang (*pro hac vice* forthcoming)
Russell L. Kostelak (*pro hac vice* forthcoming)
Kelly H. Yin (*pro hac vice forthcoming*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1900 Avenue of the Stars, 28th Floor
Los Angeles, California 90067
Telephone: (323) 210-2999
Facsimile: (866) 974-7329
vjih@wsgr.com
lzang@wsgr.com
rkostelak@wsgr.com
kyin@wsgr.com

Dianne Kim (*pro hac vice forthcoming*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza, Suite #3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
dianne.kim@wsgr.com

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that a copy of the foregoing document has been served on August 16, 2023 via the Court's CM/ECF system on all counsel of record who have consented to electronic service.

                                                      /s/ Steven P. Mandell