UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Vincent Trinidad
                                  Plaintiff,

v.                                                            Case No.: 1:23−cv−04786
                                                                              Honorable LaShonda A. Hunt

PDD Holdings, Inc., et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 17, 2023:

      MINUTE entry before the Honorable LaShonda A. Hunt: Unopposed Motion of Defendants PDD Holdings, Inc. and WhaleCo, Inc. to Extend Time Within Which to Respond to Complaint [10] is granted. Defendants PDD Holdings, Inc. and WhaleCo, Inc. must respond to the Complaint by 9/25/23. The initial status report deadline of 9/19/23 is stricken and reset to 10/13/23. The telephonic initial status hearing set for 9/26/23 is stricken and reset to 10/24/23 at 10:15 AM. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: 877−336−1828, Access Code: 4082461. Members of the public and media may call in to listen to the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.