# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

VINCENT TRINIDAD,

       Plaintiff,

v.

PDD HOLDINGS, INC., a Cayman Islands
corporation, WHALECO, INC., a Delaware
corporation, and DOES 1-10,

       Defendants.

CASE NO. 1:23-cv-04786

Hon. LaShonda A. Hunt

## DEFENDANT PDD HOLDINGS, INC.'S
## OPPOSED MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant PDD Holdings, Inc. ("PDD"), pursuant to Federal Rule of Civil Procedure 12(b)(2), moves to dismiss the Complaint (Dkt. No. 1) of Plaintiff Vincent Trinidad ("Plaintiff") for lack of personal jurisdiction. The basis for the motion and support therefore is provided in the accompanying Memorandum, filed concurrently.

Counsel for Defendant met and conferred with counsel for Plaintiff on September 25, 2023, and counsel for Plaintiff advised that Plaintiff opposes the motion.

The parties likewise conferred and have agreed to the following proposed briefing schedule:

- Plaintiff's opposition brief shall be due within 28 days (by October 23, 2023).

- Defendant's reply brief shall be due within 14 days of the opposition (by November 6, 2023).

Dated: September 25, 2023

/s/ *Garret A. Leach*

Garret A. Leach (#6237520)
Brian A. Verbus (#6314193)
Sarah M. Craig (#6326757)
Xaviere N. Giroud (#6334400)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
garret.leach@kirkland.com
brian.verbus@kirkland.com
sarah.craig@kirkland.com
xaviere.giroud@kirkland.com

*Attorneys for Defendants*