# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VINCENT TRINIDAD, <br><br> Plaintiff, <br><br> v. <br><br> PDD HOLDINGS, INC., a Cayman Islands corporation, WHALECO, INC., a Delaware corporation, and DOES 1-10, <br><br> Defendants. | The Honorable LaShonda A. Hunt <br><br> Case No. 23-cv-04786 |

## JOINT MOTION TO AMEND MOTION TO DISMISS OPPOSITION AND REPLY DEADLINES

Plaintiff Vincent Trinidad and Defendant PDD Holdings, Inc. ("PDD" or "Defendant") through their respective counsel, respectfully request that this Court amend the briefing schedule for Defendant PDD's Motion to Dismiss as set forth below. (Dkt. 26.) In support of this motion, the parties state as follows:

1. Jayaram PLLC filed five copyright infringement lawsuits against Defendant PDD and WhaleCo, Inc. which are currently pending in this District, including the above-captioned matter, as well as *Zhihan Wang v. PDD Holdings, Inc., et al.,* Case No. 23-cv-04760, *Tavia Milburn v. PDD Holdings, Inc., et al.*, Case No. 23-cv-04785, *Lord v. PDD Holdings, Inc., et al.,* Case No. 23-cv-04729, and *Ilustrata Servicos Design, LTDA., v. PDD Holdings, Inc., et al.,* Case No. 23-cv-04824, (all five cases collectively referred to as "the Cases").

2. On September 25, 2023, PDD filed a motion to dismiss the complaint in each Case pursuant to Fed. R. Civ. P. 12(b)(2).

3. On September 26, 2023, Judge Mary M. Rowland entered a briefing schedule for PDD's Motion to Dismiss in *Wang v. PDD Holdings, Inc., et al.,* and ordered Plaintiff to file a response by October 24, 2023, and PDD to file a reply by November 14, 2023. (Ex. 1.)

4. On the same day, Judge Lindsay C. Jenkins entered a briefing schedule on PDD's Motion to Dismiss in *Milburn v. PDD Holdings, Inc., et al.*, and ordered Plaintiff to file a response by October 24, 2023, and PDD to file a reply by November 14, 2023. (Ex. 2.)

5. On October 3, 2023, Judge Sharon Johnson Coleman entered a briefing schedule on PDD's Motion to Dismiss in *Lord v. PDD Holdings, Inc., et al.,* and ordered Plaintiff to file a response by October 24, 2023, and PDD to file a reply by November 14, 2023. (Ex. 3.)

6. The parties appeared for an initial status hearing before Judge Coleman in *Lord v. PDD Holdings, Inc., et al.* on October 3, 2023. At the status hearing in Mr. Lord's case, Judge Coleman invited the parties to consider requesting reassignment of the other Cases pursuant to Local Rule 40.4.

7. The parties filed a joint motion for reassignment pursuant to Judge Coleman's order on October 13, 2023. (Ex. 4.) As set forth in that motion, the parties believe judicial resources will be conserved if a single judge addresses PDD's jurisdictional arguments, and that having one judge determine PDD's 12(b)(2) motions to dismiss will also preclude the possibility that two judges will reach different conclusions. (*Id.* at ¶¶ 18, 20.) The parties therefore respectfully submit that their submissions on PDD's 12(b)(2) motion to dismiss should be filed on the same briefing schedule in all five cases.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court amend the briefing schedule for PDD's Motion to Dismiss (Dkt. 26) so that it aligns with the

briefing schedules established in the *Wang*, *Milburn*, and *Lord* matters and adopt the following deadlines:

- Plaintiff shall respond to PDD's motion by October 24, 2023.
- Defendant shall reply by November 14, 2023.

| | |
|---|---|
| Dated: October 19, 2023 | Respectfully submitted, |
| /s/ *Elizabeth Austermuehle* | /s/ *Garret A. Leach* |
| Vivek Jayaram<br>Elizabeth Austermuehle<br>Palak V. Patel<br>JAYARAM PLLC<br>54 W. 21st Street, Suite 801<br>New York, NY 10010<br>T: (312) 212-8676<br>vivek@jayaramlaw.com<br>liz@jayaramlaw.com<br>palak@jayaramlaw.com<br><br>*Counsel for Plaintiff* | Garret A. Leach<br>Brian A. Verbus<br>Sarah M. Craig<br>Xaviere N. Giroud<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>garret.leach@kirkland.com<br>brian.verbus@kirkland.com<br>sarah.craig@kirkland.com<br>xaviere.giroud@kirkland.com<br><br>*Counsel for Defendants* |