# Exhibit 5



MENU 

 Home » Brandhub

# Explained: Nasdaq-Listed PDD Holdings Behind Ecommerce Entrant Temu

Updated - November 22, 2022 at 08:28 PM.

COMMENTS   SHARE    READ LATER



Temu is a new online marketplace launched in September 2022 offering quality products in a wide array of categories at wholesale prices. It is a part of PDD Holdings, a Nasdaq-listed (NASDAQ:PDD) multinational commerce group.

PDD Holdings facilitates a large network of manufacturers and suppliers, and works closely with the manufacturers to ensure every item is made with the highest quality in both materials and processes. Most of the suppliers in this network have years of experience crafting quality consumer products for consumers worldwide.

With more than 11 million sellers within the network, PDD Holdings serves about 900 million customers around the world. In 2021, PDD Holdings fulfilled 61 billion orders. In 2021, PDD Holdings generated US$2.2 billion net profit.

## What is Temu?

Temu is an online marketplace focused on bringing choice, flexibility, and quality in its products and services to consumers. Temu is established through Whaleco Inc. in Delaware, USA.

ADVERTISEMENT

Being part of an ecosystem with vast experience in product procurement, e-commerce, and international shipping gives Temu an edge over its competitors. Temu has seen some initial success, becoming one of the most downloaded shopping apps.

## How does Temu Leverage PDD Holdings?

Temu is able to utilize the sourcing, logistics, and order processing capabilities of PDD Holdings and tap into the roster of manufacturers to curate a wide range of global goods for users to browse through.

Shoppers can look through thousands of listings on the site, and check out items from more than 100 categories from fashion and retail, to home and gardening supplies. Temu offers the best value for money products in its platform, using a Next-gen Manufacturing approach, pioneered by its parent company, to link consumers and manufacturers in one community.

In terms of delivery, PDD Holdings has a supply system that streamlines order fulfillment. By leveraging this delivery system, Temu is able to provide timely delivery services to its customers. The company gives customers peace of mind with a delivery credit if orders arrive late.

Temu is attracting consumers with what Wired calls "mind-bending prices" at any time, anyplace, and in any quantity, made possible by its access to an international sourcing network.

Temu offers exclusive deals for new users joining its platform, so download the mobile app on your phone today for online shopping on the go, or go through a large catalog of goods through its browser site. With Temu, online shopping is made accessible, affordable, and stress-free!

*"This article is part of sponsored content programme".*



## Get Curated Updates

Sign up for our free newsletters to get in-depth analyses, previews for the day ahead, thoughtful roundups and more.

EXPLORE OUR NEWSLETTERS

By providing your email, you agree to **THG's Privacy Policy**

COMMENTS    SHARE     Published on November 22, 2022

COMMENT NOW

10/13/23, 2:27 PM Explained. Nasdaq-listed PDD Holdings behind e-commerce entrant Temu - The Hindu BusinessLine

Case: 1:23-cv-04786 Document #: 39-6 Filed: 10/24/23 Page 5 of 9 PageID #:612

## Latest News



Rising gold prices to hamper festival demand for jewellery

 PREMIUM

*WhiteOak Capital Balanced Hybrid Fund: Should you invest?*

BY KUMAR SHANKAR ROY & BL RESEARCH BUREAU

ADVERTISEMENT

10/13/23, 2:27 PM
Explained. Nasdaq-listed PDD Holdings Behind E-commerce Entrant Temu | The Hindu BusinessLine
Case: 1:23-cv-04786 Document #: 39-6 Filed: 10/24/23 Page 6 of 9 PageID #:613

### Nick Jonas Sets Record High with Divorce Settlement
FamilyThis | Sponsored

### Game shows what the world without US military interventions would look like
This strategy games makes you become a player in the crucial situations of history.
Grand Historic Strategy Simulation | Sponsored

Play Now

### Hidden Algorithm Reportedly Used by Amazon to Hike Up Prices
Online ShoppingTools | Sponsored

### What if the US never became a superpower? Game simulates historical scenarios
Historical Strategy Game | Sponsored

Play Now

### Gwen Stefani, 53, Takes Off Makeup, Leaves Us With No Words
Finance Wealth Post | Sponsored

### What if WW1 had split up the U.S.? Game simulates alternative history
This strategy game makes you become a player in the crucial situations of history.
Historical Strategy Game | Sponsored

Play Now

### Revealed: The Gorgeous Outlander PHEV Release Is Here (& Affordable)
FavoriteSearches | Sponsored

### Amazon Hates When Prime Members Do This, But They Can't Stop You

Online Shopping Tools | Sponsored

Click Here

### Cher's Son Chaz Bono Is So Skinny Now And Looks Like A Model (Photos)
Daily Finance Stories | Sponsored

### The New Range Rover SUVs Leave Nothing To The Imagination
BestSearchNow | Sponsored

Read More

### This Year's Kia Lineup Is Turning Heads -- And Finally On Sale!
SearchFavorites | Sponsored

### The Killer New X5 SUV Is Close To Perfection (Take A Look)
CSearches | Sponsored

### This Year's Lincoln Nautilus Is Turning Heads -- Find Great Deals Near You!
Best Lincoln Offers + Deals

FavoriteSearches | Sponsored

### Melissa McCarthy Casually Flaunting Her Beautiful Figure
Loan Insurance Wealth | Sponsored

### The Breathtaking BMW 330e Leaves Nothing To The Imagination (See Inside)
Qsearch | Sponsored

### The New BMW X7 Is A Jaw Dropper
PopularSearches | Sponsored

### These New Electric Cars Will Leave You Speechless (Take A Look)
FrequentSearches | Sponsored

10/13/23, 2:27 PM
Case: 1:23-cv-04786 Document #: 39-6 Filed: 10/24/23 Page 8 of 9 PageID #:615
Explained. Nasdaq-listed PDD Holdings behind e-commerce entrant Temu - The Hindu BusinessLine

**Burnt out? Take These 3 Steps**

As part of Wharton's Nano Tools for Leaders, Professor Adam Grant provides three actionable, research-backed approaches to combat workplace burnout.

Wharton Executive Education | Sponsored

Read More

## What is Hamas?
The Hindu Businessline

## Normal to above-normal rain seen as N-E monsoon debuts next week
The Hindu Businessline

**Here Is What Seniors Should Pay For Full Mouth Dental Implants In 2023**
Seekify | Sponsored

**Fantastic High-Yield CD Savings For 2024 (See The Rates)**
FrequentSearches | Sponsored

**4 Sisters Take The Same Picture For 40 Years. Don't Cry When You See The Last One!**
Bozoba.com | Sponsored

**Here Are 23 Of The Coolest Gifts For 2023**
Best Tech Trend | Sponsored

**You're Legally Skilled If You Name 15/20 Car Parts**
Brake For It | Sponsored

**The New Electric Ariya Is A Jaw Dropper**
SearchTipsNow | Sponsored

**Here Are The 30+ Coolest Gifts of 2023**
Snag these unique gifts before they're gone. (Up to 75% OFF)
TheGrommet | Sponsored

Click Here

**This Is How Much Solar Panels Should Cost In 2023 (Prices May Surprise You)**
CSearches | Sponsored

**Finolex Cables: Plans to reappoint Deepak Chhabria defeated**
The Hindu Businessline

**PMO gets into act in satellite spectrum row of Musk, Ambani**
The Hindu Businessline