# Exhibit 6

Case: 1:23-cv-04786 Document #: 39-7 Filed: 10/24/23 Page 2 of 9 PageID #:618

   

DAVID THOMPSON    TECH    11.21.2022 23:NOV PM EST

# Where Are Temu's Headquarters Based?



PHOTO : WHERE ARE TEMU'S HEADQUARTERS BASED?

Since it debuted in September, the newest online shopping platform has gained widespread attention among consumers for its promise of prompt delivery and a wide selection of high-quality, international goods at reasonable costs. Temu, headquartered in Boston, Massachusetts, is part of PDD Holdings - a multinational commerce group listed on Nasdaq.

## What Does PDD Holdings Own?



PDD Holdings (NASDAQ:PDD) is a Nasdaq-listed international company focusing on revolutionizing commerce. It is known for popularizing a mobile-first social commerce model that took advantage of the shift from PC-based e-commerce to anytime, anywhere smartphone-based commerce.

ADVERTISING



PDD Holdings operates an advanced global network of more than 11 million merchants and 900 million consumers. In 2021 alone, it successfully fulfilled 61 billion orders, giving it the expertise in large-scale order management and logistics. It has approximately US$17 billion cash on the balance sheet as of December 21, 2021.

ADVERTISEMENT



Temu is the newest addition to PDD Holdings' portfolio of businesses. Temu is held by PDD Holding's Delaware-based Whaleco Inc.

## Where Are Temu's Items From?

Temu is headquartered in Boston, Massachusetts. It ships most products from overseas manufacturers and warehouses.

Temu taps into PDD Holdings' sourcing network to curate a vast catalog of consumer goods for its users. There are more than 100 merchandise categories in Temu featuring products from some of the top manufacturers in the world.

By linking consumers directly to producers, Temu is able to keep its platform cost-efficient without compromising on quality. Its Next-Gen Manufacturing approach, pioneered by its parent company, enables manufacturers to gauge the market, and produce suitable products that meet consumer tastes and preferences.

Customers can expect premium-quality products from the platform, and can shop confidently knowing their data is kept secure. Temu leverages on the capabilities of its parent company to maintain a pleasant overall shopping experience for all its users, bringing the comforts and conveniences of online shopping to a wider audience.

Case: 1:23-cv-04786 Document #: 39-7 Filed: 10/24/23 Page 4 of 9 PageID #:620

Temu is constantly improving its delivery services, customer care, and platform interface to increase customer satisfaction.

By leveraging the sourcing, fulfillment, and shipping capabilities of PDD Holdings, Temu is bringing the savings to its consumers as the platform offers irresistible deals and sitewide discounts on its products.

Check out Temu, and experience a whole new way of shopping for global goods that you can't find anywhere else!

© 2023 iTech Post All rights reserved. Do not reproduce without permission.

**Tags**

### Find Your Place In The World

AI Expert - Large Language Models...
**The MITRE...**
McLean

See Job

Patient Services Representative/Phle...
**GTT, LLC**
Norfolk
$15.96 - $20.27 an hour

See Job

Principal Engineer
**Ripple**
Toronto

See Job

Summer Associate Internship (Lending...
**Navy Federal Credit...**
Vienna

See Job

**Search More Roles**

SPONSORED CONTENT                                              mgid


Outbrain
**Hunter Douglas**


**Foot Neuropathy Doctors Rave About This Incredible Gadget**


Classmates
**Search For Your Old High School Yearbook, It's Free**





Search Ads
**Do You Know What Nasal Polyps Are? (Take A Look)**

Nooro
**Foot Neuropathy Doctors Rave About This Incredible Gadget**

Search Ads
**What Causes Nasal Polyps Is Not What You Think, Treat Now**

## Sign Up for the iTechPost Newsletter

Get the Most Popular iTechPost Stories in a Weekly Newsletter

Email Address

**SUBMIT**

**TRENDING NEWS**

T-Mobile Forces Plan Upgrades to Customers


**Big Oil Company Uses Fortnite, TikTok, Twitch to Promote Fossil Fuels to Kids**



**'Chronos' App Uses AR to Show What Ancient Greek Sites Looked Like**



**Adobe Introduces Symbol to Promote AI-Generated Content Tagging**



**Meta Plans Cheaper Headsets, No Controllers**



ADVERTISEMENT



**COMPANY FROM ITECHPOST**





### Mediacoin

Mediacoin is a decentralized network



### Slack

Slack is where work happens. It connects

---

## MORE FROM ITECHPOST



### Threads' Edit Button is Now Live, Says Meta CEO Mark Zuckerberg



### NY State Law Will Require Minors to Get Parental Consent to Use Certain Apps



### Google Now Lets You Generate AI Images Through the Search Bar



### Adobe Shows Off Generative Fill Feature for Premiere Pro, After Effects





10/13/23, 2:35 PM
Where Are Temu's Headquarters Based? | iTechPost
Case: 1:23-cv-04786 Document #: 39-7 Filed: 10/24/23 Page 9 of 9 PageID #:625

# iTECHPOST

HOME   REVIEWS   TECH   AUTO   GAMES   CULTURE   COMPANY   

About us   Contact us   Terms of service   Privacy policy

Copyright © 2023 iTech Post All Rights Reserved. Reproduction in whole or in part without permission is prohibited.

