IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VINCENT TRINIDAD, <br><br> Plaintiff, <br><br> v. <br><br> PDD HOLDINGS, INC., a Cayman Islands Corporation, WHALECO, INC., a Delaware Corporation, and DOES 1-10, <br><br> Defendants. | Case No. 1:23-cv-04786 <br><br> Hon. Sharon Johnson Coleman <br><br> JURY TRIAL DEMANDED |

## WHALECO, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Whaleco, Inc. ("**Whaleco**") moves for summary judgment in its favor and against Plaintiff Vincent Trinidad with respect to Plaintiff's claim against Whaleco for copyright infringement under 17 U.S.C. § 101 *et seq.* (count 1). In support of this Motion, and in accordance with Local Rule 56.1(a)(1) and (g), Whaleco has separately submitted a Memorandum of Law, which contains a brief summary of the undisputed material facts and relevant legal authority. Whaleco has also separately filed a Statement of Material Facts pursuant to Local Rule 56.1(a)(2) and (d).

[*Signature Block Appears on the Following Page*]

Dated: December 4, 2023                    Respectfully Submitted,


                                           */s/ Thomas M. Cull*
                                           Thomas M. Cull (Illinois Bar No. 6331606)
                                           WHITE & CASE LLP
                                           111 S. Wacker Dr.
                                           Suite 5100
                                           Chicago, IL 60606
                                           (773) 330-9427
                                           Thomas.Cull@whitecase.com

                                           Anna B. Naydonov
                                           WHITE & CASE LLP
                                           701 Thirteenth Street, NW
                                           Washington, DC 20005
                                           (202)-626-3600
                                           anna.naydonov@whitecase.com

                                           *Counsel for Defendant Whaleco, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2023, a copy of *Whaleco, Inc.'s Motion for Summary Judgment* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

                                          */s/ Thomas M. Cull*
                                            Thomas M. Cull