IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VINCENT TRINIDAD,<br><br>    Plaintiff,<br><br>    v.<br><br>PDD HOLDINGS, INC., a Cayman Islands Corporation, WHALECO, INC., a Delaware Corporation, and DOES 1-10,<br><br>    Defendants. | Case No. 1:23-cv-04786<br><br>Hon. Sharon Johnson Coleman<br><br>JURY TRIAL DEMANDED |

## **WHALECO, INC.'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Defendant Whaleco, Inc., by and through undersigned counsel and pursuant to N.D. Ill. L.R. 26.2, requests leave to file two exhibits to the Declaration of Jinhao Yu under seal: (i) the Temu Platform Seller Service Agreement and (ii) the Notice for Using the Materials Editing Tools. In support of this motion, Whaleco submits an accompanying memorandum of law.

Dated: December 4, 2023

Respectfully submitted,

By: */s/ Thomas M. Cull*
    Thomas M. Cull (Illinois Bar No. 6331606)
    White & Case LLP
    111 S. Wacker Dr., Suite 5100
    Chicago, IL 60606
    (773) 330 9427
    Thomas.Cull@whitecase.com

    Anna B. Naydonov (*pro hac vice* pending)
    WHITE & CASE LLP
    701 Thirteenth Street, NW
    Washington, DC 20005
    (202)-626-3600
    Anna.Naydonov@whitecase.com

    *Counsel for Defendant Whaleco, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned attorney of record certifies that he caused a true and correct copy of the foregoing to be filed electronically on December 4, 2023. Notice and a copy of this filing will be served upon all counsel of record by operation of the Court's CM/ECF electronic filing system.

*/s/ Thomas Cull*