## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

VINCENT TRINIDAD,

      Plaintiff,

      v.

PDD HOLDINGS, INC., a Cayman Islands
Corporation, WHALECO, INC., a Delaware
Corporation, and DOES 1-10,

      Defendants.

Case No. 1:23-cv-04786

Hon. Sharon Johnson Coleman

JURY TRIAL DEMANDED

## DEFENDANTS' OPPOSED MOTION TO STAY DISCOVERY

Defendants Whaleco, Inc. ("**Whaleco**") and PDD Holdings, Inc. ("**PDD**") move for a stay of discovery for five related cases currently before the Court[1] pending disposition of Whaleco's fully dispositive motions for summary judgment in all five cases and PDD's motions to dismiss for lack of personal jurisdiction. The parties met and conferred via teleconference on December 15, 2023, and Plaintiff opposes Defendants' Motion. In support of this Motion, Defendants have separately submitted a Memorandum of Law and the Declaration of Anna B. Naydonov.

[*Signature Block Appears on the Following Page*]

---

[1] *Ilustrata Servicos Design, Ltda. v. PDD Holdings, Inc. et al*, No. 1:23-cv-04824 (N.D. Ill. July 25, 2023) ("***Ilustrata***"); *Lord v. PDD Holdings, Inc. et al*, No. 1:23-cv-04729 (N.D. Ill. July 21, 2023) ("***Lord***"); *Milburn v. PDD Holdings, Inc. et al*, No. 1:23-cv-04785 (N.D. Ill. July 24, 2023) ("***Milburn***"); *Trinidad v. PDD Holdings, Inc. et al*, No. 1:23-cv-04786 (N.D. Ill. July 24, 2023) ("***Trinidad***"); *Wang v. PDD Holdings, Inc. et al*, No. 1:23-cv-04760 (N.D. Ill. July 24, 2023) ("***Wang***").

Dated: December 20, 2023

Respectfully Submitted,

/s/ Anna Naydonov
Anna B. Naydonov (*Pro Hac Vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202)-626-3600
Anna.Naydonov@whitecase.com

Thomas M. Cull (Illinois Bar No. 6331606)
WHITE & CASE LLP
111 S. Wacker Dr.
Suite 5100
Chicago, IL 60606
(773) 330-9427
Thomas.Cull@whitecase.com

Garret A. Leach
Brian A. Verbus
Sarah M. Craig
Xaviere N. Giroud
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
garret.leach@kirkland.com
brian.verbus@kirkland.com
sarah.craig@kirkland.com
xaviere.giroud@kirkland.com

*Counsel for Defendants Whaleco, Inc. and PDD Holdings, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2023, a copy of *Defendants' Opposed Motion to Stay Discovery* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/ Anna Naydonov
Anna Naydonov