# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Vincent Trinidad

        Plaintiff,

v.

PDD Holdings, Inc., et al.

        Defendant.

Case No.: 1:23–cv–04786
Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 25, 2024:

    MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 6/25/2024. Oral arguments held as to defendant PDD Holdings, Inc.'s motion to dismiss [26], defendants' motion for summary judgment [52], and plaintiff's 56(d) motion to take discovery necessary to respond to defendant WhaleCo, Inc.'s motion for summary judgment [74]. The matters are taken under advisement. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.